W. P. Bennett, Appellant, vs. W. Bayard Cutting and Denniston Wood, Appellees.

Appeal from Circuit Court, Sumter county; William A. Hocker, Judge.

Anderson & Hocker, for Appellant.

J. C. Langley (with whom was J. L. Young on the brief), for Appellees.

The bill in this cause was filed by the appellees against the appellant. There was decree for the complainants, and the defendant appeals.

Appeal dismissed on praecipe of counsel for appellant.